IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

KIM MARLENE HETRICK,              )
                                  )
            Plaintiff,            )          8:15CV234
                                  )
        v.                        )
                                  )
CAROLYN W. COLVIN, Acting         )          ORDER
Commissioner of the Social        )
Security Administration,          )
                                  )
            Defendant.            )
_____ )


        This matter is before the Court on plaintiff's

application to proceed in district court without prepaying fees

or costs (Filing No. 2).  The Court has reviewed the statement in

support of request to proceed *in forma pauperis* and finds said

application should be granted.  Accordingly,

        IT IS ORDERED that plaintiff's application to proceed

*in forma pauperis* is granted.  This action shall be filed at no

cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

        DATED this 26th day of June, 2015.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court